UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CLARK,<br><br>            Plaintiff,<br><br>      v.<br><br>KATHLEEN ALLISON, *et al.*,<br><br>            Defendants. | Case No.  2:22-cv-00190-KJM-JDP (PS)<br><br>ORDER DENYING DEFENDANT'S MOTION FOR PERMISSION TO FILE DOCUMENTS ELECTONRICALLY<br><br>ECF No. 5 |

Plaintiff, who is proceeding without counsel, has filed a motion for permission to file documents electronically. ECF No. 5.  Generally, "any person appearing pro se may not utilize electronic filing except with permission of the assigned Judge or Magistrate Judge." E.D. Cal. L.R. 133(b)(2). "Requests to use paper or electronic filing as exceptions from these Rules shall be submitted as stipulations as provided in L.R. 143 or, if a stipulation cannot be had, as written motions setting out an explanation of reasons for the exception." E.D. Cal. L.R. 133(b)(3).

Plaintiff's does it demonstrate good cause for a departure from the normal filing procedure for unrepresented litigants.  The motion is therefore denied.  If the case proceeds and plaintiff has not abused the filing procedures, the court may entertain another motion.

1

1 | Accordingly, it is hereby ORDERED that plaintiff's motion for permission to file
2 | documents electronically, ECF No. 5, is denied.

IT IS SO ORDERED.

Dated:    December 21, 2022

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2