UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CLARK, | Case No. 2:22-cv-00190-KJM-JDP (PS) |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | RESPONSE DUE WITHIN FOURTEEN-DAYS |
| KATHLEEN ALLISON, *et al.*, | |
| Defendants. | |

On March 28, 2024, the court granted defendants' motion to dismiss, dismissed plaintiff's due process and state law negligence claims without leave to amend, and ordered that this action proceed on plaintiff's Eighth Amendment failure to protect claim. ECF No. 20. To date, defendants have not filed an answer the complaint.

Accordingly, defendants are ordered to show cause, within fourteen days, why sanctions should not be imposed for their failure to timely file an answer to plaintiff's complaint. Defendants shall also file an answer to plaintiff's complaint within fourteen days of the date of this order. Failure to comply with this order may result in the imposition of sanctions, including a recommendation that defendants' default be entered.

1

IT IS SO ORDERED.

Dated: __June 4, 2024__

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE