IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **MICHAEL CLARK,** <br><br> Plaintiff, <br><br> v. <br><br> **KATHLEEN ALLISON, et al.,** <br><br> Defendants. | Case No. 2:22-cv-00190-KJM-JDP <br><br> **[PROPOSED]** ORDER GRANTING DEFENDANTS' MOTION TO OPT OUT OF POST-SCREENING ADR |

(Note: "[PROPOSED]" is struck through.)

Plaintiff Clark is a former state inmate proceeding *pro se* in this civil rights action filed under 42 U.S.C. § 1983. Defendants filed a motion to opt out of post-screening ADR. The Court finds good cause to grant Defendants' request.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion to opt out of post-screening ADR is GRANTED.

2. The stay of this action is lifted. The Court will issue a scheduling order for discovery and further deadlines.

IT IS SO ORDERED.

Dated:   August 1, 2024

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

1

Order Granting Defs.' Mot. Opt Out Post-Screening ADR (Case No. 2:22-cv-00190-KJM-JDP)