UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CLARK, | Case No. 2:22-cv-0190-DC-JDP (P) |
| Plaintiff, | |
| v. | ORDER |
| KATHLEEN ALLISON, *et al.*, | |
| Defendants. | |

Plaintiff, who is proceeding without counsel, has filed a motion for permission to file documents electronically. ECF No. 29. Generally, "any person appearing pro se may not utilize electronic filing except with permission of the assigned Judge or Magistrate Judge." E.D. Cal. L.R. 133(b)(2). "Requests to use paper or electronic filing as exceptions from these Rules shall be submitted as stipulations as provided in L.R. 143 or, if a stipulation cannot be had, as written motions setting out an explanation of reasons for the exception." E.D. Cal. L.R. 133(b)(3).

Plaintiff's motion does not demonstrate good cause to depart from the normal filing procedure for unrepresented litigants. The motion is denied.

Plaintiff has also filed a motion to have this matter excluded from the requirements of Local Rule 230(l). ECF No. 30. Local Rule 230(l) provides the procedures for motions in actions where "one party is incarcerated and proceeding *in propria persona*." Plaintiff argues that

1

since he is not incarcerated, he should be exempted from this requirement.  Plaintiff's motion demonstrates good cause to depart from the normal filing procedure for unrepresented litigants. The motion is granted.

        Accordingly, it is hereby ORDERED that:

        1.  Plaintiff's motion for permission to file documents electronically, ECF No. 29, is denied.

        2.  Plaintiff's motion to have this matter excluded from Local Rule 230(l), ECF No. 30, is granted.

IT IS SO ORDERED.

Dated:   November 5, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE