UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CLARK, | Case No. 2:22-cv-0190-DC-JDP (P) |
| Plaintiff, | |
| v. | ORDER |
| KATHLEEN ALLISON, *et al.*, | |
| Defendants. | |

Plaintiff has filed a motion asking to extend the dispositive motion deadline until July 31, 2025. ECF No. 34. Defendants have not filed an opposition. Since defendants do not oppose the requested modification and good cause appears, plaintiff's motion will be granted.

Accordingly, it is hereby ORDERED that:

1. Plaintiff's motion to extend the dispositive motion deadline, ECF No. 34, is granted.

2. The deadline for dispositive motions is July 31, 2025.

3. No other deadlines are modified by this order.

IT IS SO ORDERED.

Dated:   December 12, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

1